IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

RONALD STAFFORD § 

VS. § CIVIL ACTION NO. 1:03cv464

R.D. MILES, ET AL. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ronald Stafford, an inmate formerly at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this lawsuit against R.D. Miles, Mr. Thomas, Mr. Mageehee, Mrs. Holms, Mrs. Dotty, and the Bureau of Prisons.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends the complaint be dismissed as frivolous and for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of the Magistrate Judge were filed by the parties.

On August 22, 2005, plaintiff filed a motion to voluntarily dismiss the action.  As the defendants have not answered the

complaint as of this date, plaintiff's motion to dismiss should be granted. FED. R. CIV. P. 41(a).

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED** to the extent the report recommended dismissal. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this 6   day of **September, 2005.**

_____
Ron Clark, United States District Judge